CITED *in Den* v. *Dubois*, 1 *Harr.* 285; *Den* v. *Robinson*, 2 *South.* 715.

---

[362] TODD, ATTORNEY IN FACT FOR MORGAN, v. PHIFER.

It is error to bring an action in the name of the attorney in fact.

*Certiorari* to Justice Hugg.

In this case the court reversed the judgment because the action had been brought before the justice in the name of Todd, the attorney in fact.